**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | **CASE NO. 5:09-CV-195 (HL)** |
| | : | |
| **v** | : | |
| | : | |
| **$14,066.00 IN UNITED STATES** | : | |
| **FUNDS,** | : | |
| **Defendant Property,** | : | |
| | : | |
| **ERIC RICH,** | : | |
| **Claimant.** | : | |
| | : | |

## ORDER GRANTING LEAVE TO CONDUCT DEPOSITION

The Motion for Leave of Court to Conduct Deposition filed by Plaintiff, United States

of America, having been carefully read and considered, and for good cause shown,

IT IS HEREBY ORDERED, that the United States of America shall be allowed to

conduct a deposition of *pro se* Claimant Eric Rich on Tuesday, August 3, 2010, at the

United States Penitentiary in Atlanta, Georgia.

This 30th day of July, 2010.


                              s/  Hugh Lawson
                              HUGH LAWSON, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT


PREPARED BY:
s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.  052683