IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:09-CV-195 (HL) |
| **$14,066.00 IN UNITED STATES FUNDS,** | : | |
| Defendant Property, | : | |
| **ERIC RICH,** | : | |
| Claimant. | : | |

## ORDER

Plaintiff's Motion for Leave of Court to Conduct Deposition (Doc. 27) is granted. The Government shall be allowed to conduct a deposition of Claimant, Eric Rich, on Friday, August 27, 2010, at the United States Penitentiary in Atlanta, Georgia. Claimant is not entitled to counsel to represent him during the deposition. Claimant is put on notice that if he again refuses to give his deposition, his claim filed in this case will be dismissed.

**SO ORDERED**, this the 19th day of August, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh